UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 19CR02688-001-JLS |
| v. | ) | O R D E R |
| Zodiac AZUCENAS | ) | |
| Defendant. | ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for February 4, 2022 is vacated and reset to February 25, 2022 at 9:00 AM.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED:  12/02/2021

Janis L. Sammartino
U.S. District Judge

cc: all counsel of record