UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZODIAC AZUCENAS,<br><br>　　　　　Defendant. | Case No.  19cr2688-JLS<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

1.　As the result of the guilty verdicts and special verdict form returned by the jury on Counts 1 and 2 of the Information, for which the Government sought forfeiture pursuant to 18 U.S.C. § 2253, defendant ZODIAC AZUCENAS shall forfeit all visual depictions as described in 18 U.S.C. § 2252, all property constituting gross profits or other proceeds of the offenses, and all properties used or intended to be used to commit or to promote the commission of the offenses set forth in the Information which charged violations of 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B), and forfeitable pursuant to 18 U.S.C. § 2253 as charged in the Information, specifically:

　　(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

　　(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses to which the defendant has pled guilty, including:

//

a. One (1) homemade desktop computer; and

b. One (1) Western Digital 1TB loose hard drive SN: WX91AACUDVK; and

c. West Digital 400 GB external hard drive, SN: WXNX08S49937.

2. The Court hereby determines, based on the evidence already in record including the special verdicts by the jury as to forfeiture, that the above-described properties are subject to forfeiture pursuant to 18 U.S.C. § 2253, that the Defendant had an interest in such properties and that the Government has established a requisite nexus between the properties and such offenses.

3. Upon entry of this Order, Homeland Security Investigations is authorized to take custody of the following properties, and all right, title and interest of Defendant ZODIAC AZUCENAS in the following properties are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253 for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses to which the defendant has pled guilty, including:

a. One (1) homemade desktop computer; and

b. One (1) Western Digital 1TB loose hard drive SN: WX91AACUDVK; and

c. West Digital 400 GB external hard drive, SN: WXNX08S49937.

4. The aforementioned forfeited assets are to be held by Homeland Security Investigations in its secure custody and control.

5. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and

notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

7. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to Title 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

9. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

Dated: April 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge